ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

EVAN M. MATEER (CABN 326848)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Evan.mateer@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:23-mj-70818-MAG |
| Plaintiff, | STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF STATUS DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIOD AND ORDER |
| v. | |
| ROBERT BROWN, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorney Evan Mateer, and defendant Robert Brown ("Defendant"), by and through his counsel of record, John Paul Reichmuth, hereby stipulate as follows:

    1.    On June 6, 2023 the Honorable Donna M. Ryu, Chief U.S. Magistrate Judge, issue a Criminal Complaint charging Defendant with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1)

    2.    On June 9, 2023, Defendant made his initial appearance before the Honorable Donna M. Ryu, Chief U.S. Magistrate Judge, and was arraigned on the Criminal Complaint. At that time, Defendant agreed to continue the matter to June 14 for a status conference. The parties have since had

status conferences on June 14, August 14, and September 12.  In Magistrate Court on June 9, 2023, June 14, August 14, and September 12, as well as in a stipulation submitted on July 12, Defendant and the government stipulated that time could be excluded both under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1.

3.	The matter is currently scheduled for a hearing on October 6, 2023 in Magistrate Court.

4.	Pursuant to Defendant's request for discovery, the government has produced a number of items of discovery to Mr. Brown's counsel with the last items being produced on October 4, 2023. The defense is currently reviewing all of the discovery and both parties are discussing the parameters of a potential resolution.

5.	Given the need to review discovery, and the substantive case discussions that are occurring, both parties agree that this matter should be continued to a future date for a status hearing.

6.	The parties believe that failure to grant the continuance would deny Defendant and his counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The parties are requesting a new status on preliminary hearing or arraignment date of November 7, 2023.

7.	Defense counsel represents that his client understands that he has a right under 18 U.S.C. § 3161(b) to be charged by information or indictment with the offense alleged in the pending criminal complaint and that his client knowingly and voluntarily waives that right and agrees to continue to exclude the time to be charged by indictment and agrees to set a status in this matter on November 7, 2023.  Defense counsel further represents that his client knowingly and voluntarily waives the timing for preliminary hearing under Federal Rule of Criminal Procedure 5.1 through November 7, 2023.

8.	For purposes of computing the date under Rule 5.1 of the Federal Rules of Criminal Procedure for preliminary hearing, and the date under the Speedy Trial Act by which defendants must be charged by indictment or information, the parties agree that the time period of October 6, 2023, to November 7, 2023, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at Defendant's request, without government objection, on the basis of the Court's finding that: (i) the ends of justice

served by the continuance outweigh the best interest of the public and defendant in the filing of an information or indictment within the period specified in 18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence

9. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which an information or indictment must be filed.

**IT IS SO STIPULATED.**

DATED: October 4, 2023                     Respectfully submitted,

                                           ISMAIL J. RAMSEY
                                           United States Attorney

                                           */s/ Evan Mateer*
                                           EVAN M. MATEER
                                           Assistant United States Attorney

DATED: October 4, 2023

                                           /s (signed with permission)
                                           JOHN PAUL REICHMUTH
                                           Counsel for Defendant Robert Brown

**ORDER**

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Status Date and (2) Findings of Excludable Time Period Pursuant to Speedy Trial Act, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, as well as to waive the timing for preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in the filing of an information or indictment within the time period set forth in 18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

The status hearing for preliminary hearing and arraignment on information or indictment in this matter currently scheduled for October 6, 2023 is continued to November 7, 2023. The time period of October 6, 2023 to November 7, 2023, inclusive, is excluded in computing the time within which an information or indictment must be filed under 18 U.S.C. § 3161(b) pursuant to the provisions of 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv). Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which an information or indictment must be filed.

IT IS SO ORDERED.

October 5, 2023
DATE

_____
HON. DONNA M. RYU
Chief Magistrate Judge, U.S. Magistrate Court